United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN PABLO MONTANO HERNANDEZ, | § § § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01879 |
| KRISTI NOEM, *et al.*, | § § § | |
| Respondents. | § § § | |

## ORDER

On March 11, 2026, Petitioner Juan Pablo Montano Hernandez ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On April 10, 2026, Respondents filed an Advisory notifying the Court that Petitioner has been ordered by the Immigration Judge to depart by May 8, 2026. Doc. #16, Ex. 1 at 3. Petitioner has not filed a response to the Advisory.

The parties are ORDERED to file a status report no later than June 2, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

**MAY 2 7 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge